```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    WESLEY L. HSU (No. 188015)
 4  Assistant United States Attorney
    Chief, Cyber and Intellectual Property Crimes Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone:  (213) 894-3045
 7       Facsimile:  (213) 894-8601
         E-mail: Wesley.Hsu@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

             UNITED STATES DISTRICT COURT

          FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 09-2270M |
|---|---|
| Plaintiff, | ) STIPULATION REGARDING SPEEDY |
| | ) TRIAL ACT FINDINGS |
| v. | ) |
| MICHAEL DAVID BARRETT, also known as "Mark Bennett," | ) |
| Defendant. | ) |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendant Michael David Barrett ("defendant"), by and through his counsel of record, David Willingham, hereby stipulate as follows:

1. The complaint in this matter was filed on October 2, 2009, charging defendant with interstate stalking, in violation of 18 U.S.C. § 2261A(2). Defendant was arrested in the Northern District of Illinois on October 2, 2009.

2.   Defendant was released on bond on October 5, 2009. Defendant has waived preliminary hearing, and a waiver of preliminary hearing was filed in this matter on October 15, 2009.

3.   Defendant has not yet appeared in this district on the charge.  He has been ordered to make his initial appearance in this district on October 30, 2009.[1]

4.   Los Angeles-based defense counsel was just retained by defendant today, Monday, October 26, 2009.

5.   Los Angeles-based defense counsel requires more time to consider the charge and the evidence underlying the charge in order to advise defendant properly as to the merits of proceeding by way of indictment or information and of proceeding to trial.

6.   Defense counsel has discussed this proposed continuance with defendant, and defendant concurs in this request.

7.   The parties therefore request that the Court find that the ends of justice served by excluding the time period from October 26, 2009, to November 24, 2009, inclusive, outweigh the interest of the public and the defendant in (1) the filing of an indictment or information and (2) the commencement of trial within the time prescribed by the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(b) & (c)(1).

8.   The parties stipulate and agree that such time period should be excluded from the calculations under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B), because it is in

---

[1] If the Court enters the proposed order submitted concurrently with this stipulation, the parties will ask the court in the Northern District of Illinois to continue defendant's initial appearance to Friday, November 13, 2009, at 2:00 p.m.

1  the best interests of the public and defendant and would allow
2  defendant reasonable time to prepare effectively for any criminal
3  charges in this matter, taking into account the exercise of due
4  diligence.
5      9.   The parties agree and stipulate and request that the
6  Court find that nothing in this stipulation and order shall
7  preclude a finding that other provisions of the Speedy Trial Act
8  dictate that additional time periods are excludable from the
9  period within which charges must be filed and trial must commence.
10
11     IT IS SO STIPULATED.
12                              GEORGE S. CARDONA
                                Acting United States Attorney
13
14 October 26, 2009            _____
   DATE                         WESLEY L. HSU
15                              Assistant United States Attorney
                                Chief, Cyber and
16                              Intellectual Property Crimes Section
17                              Attorneys for Plaintiff
                                United States of America
18
19                              _____ FOR
   October 26, 2009
20 DATE                         MICHAEL DAVID BARRETT
                                Defendant  * with Auth. from client
21                                                         on 10/26/09
22
   October 26, 2009            _____
23 DATE                         DAVID WILLINGHAM
24                              Attorney for Defendant
                                Michael David Barrett
25
26
27
28

3

CERTIFICATE OF SERVICE

I, **SUSAN M. CRUZ**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:
**STIPULATION REGARDING SPEEDY TRIAL ACT FINDINGS**

**service was:**

DAVID WILLINGHAM, ESQ.
CALDWELL LESLIE & PROCTOR, PC
1000 Wilshire Blvd., Suite 600
Los Angeles, CA 90017-2463
FAX: 213-629-9022

[] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[] By hand delivery addressed as follows:

[√] By facsimile as follows:
   (213) 629-9022

[] By messenger as follows:

[] By federal express as follows:

This Certificate is executed on October 26, 2009, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_____
SUSAN M. CRUZ