```
GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
WESLEY L. HSU (No. 188015)
Assistant United States Attorney
Chief, Cyber and Intellectual
Property Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-3045
     Facsimile:  (213) 894-8601
     E-mail: Wesley.Hsu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 09-2270M |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] FINDINGS AND ORDER RE: SPEEDY TRIAL ACT |
| v. | ) |
| MICHAEL DAVID BARRETT, aka "Mark Bennett" | ) |
| Defendant. | ) |

Pursuant to the stipulation of the parties filed on October 26, 2009, the Court hereby finds as follows:

1. Defendant Michael David Barrett ("defendant") was arrested in the Northern District of Illinois on October 2, 2009. Defendant was released on bond on October 5, 2009. Defendant has waived preliminary hearing, as shown by the waiver of preliminary hearing filed in this matter on October 15, 2009.

///

///

2. Defendant has not yet appeared in this district on the charge. He has been ordered to make his initial appearance in this district on October 30, 2009.

3. Defendant just retained his Los Angeles-based counsel on October 26, 2009.

4. Los Angeles-based defense counsel requires more time to consider the charge and the evidence underlying the charge in order to advise defendant properly as to the merits of proceeding by way of indictment or information and of proceeding to trial.

5. Defense counsel has discussed this proposed continuance with defendant, and defendant concurs in this request.

6. The Court further finds that the time between October 26, 2009, and November 24, 2009, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B), as the need for current counsel to prepare for his representation of defendant in this matter outweighs the public's and defendant's interests in (1) the filing of an indictment or information and (2) the commencement of trial within the time prescribed by the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(b) & (c)(1). Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time

///
///
///
///
///
///
///

1  periods are excludable from the period within which charges must
2  be filed and trial must commence.
3
4  DATED: October 26, 2009
5
6                              _____
                               HON. MARGARET A. NAGLE
                               UNITED STATES MAGISTRATE JUDGE
7
8  Respectfully Submitted,
9  GEORGE S. CARDONA
   Acting United States Attorney
10
11           /s/
   _____
   WESLEY L. HSU
12 Assistant United States Attorney
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

I, **SUSAN M. CRUZ**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:
[PROPOSED] FINDINGS AND ORDER RE: SPEEDY TRIAL ACT

**service was:**

DAVID WILLINGHAM, ESQ.
CALDWELL LESLIE & PROCTOR, PC
1000 Wilshire Blvd., Suite 600
Los Angeles, CA 90017-2463
FAX: 213-629-9022

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[√] By facsimile as follows:
    (213) 629-9022

[ ] By messenger as follows:

[ ] By federal express as follows:

This Certificate is executed on **October 26, 2009**, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_____
SUSAN M. CRUZ